An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: BREANNA BALLARD,

No. 64726

FELTON L. MATTHEWS, JR.,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES,
Respondent.

**FILED**

FEB 0 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This proper person appeal was docketed in this court on January 6, 2014, without payment of the requisite filing fee. This court issued a notice directing appellant to pay the required filing fee within ten days. In response, appellant sought leave to file a motion to proceed in forma pauperis. On March 17, 2014, this court directed appellant to submit his request for in forma pauperis status to the district court pursuant to NRAP 24(a). This court's order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days "will result in the dismissal of this appeal."

On July 17, 2014, appellant filed a proper person motion for leave to proceed in forma pauperis in this court, not in the district court as instructed by our order of March 17, 2014. More than thirty days has passed since this court ordered appellant to properly seek leave to proceed

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04214

in forma pauperis in the district court or to pay the filing fee. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Robert Teuton, District Judge, Family Court Division
Felton L. Matthews, Jr.
Clark County District Attorney
Eighth District Court Clerk